IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLERKIN and VERONICA MENDEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>MYLIFE.COM INC., et al.,<br><br>    Defendants. | No. C 11-00527 CW<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT<br>(Docket No. 25) |

On March 21, 2011, Defendants MyLife.com Inc., et al., moved for an extension of time to answer or respond to Plaintiffs John Clerkin and Veronica Mendez's complaint, located at Docket No. 1. On March 22, 2011, Plaintiffs filed an amended complaint.

Accordingly, Defendants' motion is DENIED as moot. (Docket No. 25.) Defendants shall answer or otherwise respond to Plaintiffs' amended complaint in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 3/28/2011

CLAUDIA WILKEN
United States District Judge