John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Carole Handler (State Bar No. 129381)
chandler@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

New Attorneys for Defendants
MYLIFE.COM INC. and OAK INVESTMENT PARTNERS

JEFFREY TINSLEY, RACHEL GLASER,
W. DWIGHT GORALL, ARMEN AVEDISSIAN, MICHAEL SOH
and SHARYN ELES, appearing specially

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN CLERKIN and VERONICA MENDEZ, individually and on behlf of all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>MYLIFE.COM INC., JEFFREY TINSLEY, RACHEL GLASER, W. DWIGHT GORALL, ARMEN AVEDISSIAN, MICHAEL SOH, SHARYN ELES, and OAK INVESTMENT PARTNERS,<br><br>   Defendants. | Case No. 4:11-CV-00527 CW<br><br>**ORDER EXTEND TIME TO FILE RESPONSIVE PLEADING BY ONE WEEK UNTIL APRIL 13, 2011**<br><br>Judge: Hon. Claudia Wilken |

Page 1

[[PROPOSED] ORDER EXTEND TIME TO FILE RESPONSIVE
PLEADING BY ONE WEEK UNTIL APRIL 13, 2011
Case No.: CV 11-00527 CW.

## **ORDER**

In light of the parties' Stipulation To Extend Time to File Responsive Pleadings by One Week the time for the Court modifies the supplemental briefing schedule as follows:

Defendants' time to file a response to Plaintiffs' Amended Complaint is extended by one week making a responsive pleading due as early as April 12, 2011.

**SO ORDERED.**

DATED: April 5, 2011

_____
U.S. DISTRICT JUDGE CLAUDIA WILKEN