BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (Sate Bar No. 264916)
2121 North California Boulevard, Suite 1010
Walnut Creek, CA 94596
Telephone:  (925) 482-1515
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
           swestcot@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLERKIN and VERONICA MENDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MYLIFE.COM INC., JEFFREY TINSLEY, RACHEL GLASER, W. DWIGHT GORALL, ARMEN AVEDISSIAN, MICHAEL SOH, SHARYN ELES, and OAK INVESTMENT PARTNERS,<br><br>Defendants. | Case No. C11-00527 CW<br>Hon. Claudia Wilken<br><br>**ORDER DENYING CHANGING THE TIME OF THE JUNE 9, 2011 HEARING FROM 2:00 P.M. TO 4:00 P.M. PURSUANT TO CIVIL L.R. 6-2** |

---

[~~PROPOSED~~] ORDER CHANGING TIME OF JUNE 9, 2011 HEARING
C11-00527 CW

**ORDER**

The parties' stipulation is declined.  The parties may stipulate to another Tuesday on which the Court is available, at 2 pm.

IT IS SO ORDERED.

Dated:  May 27, 2011

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE