IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLERKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>MYLIFE.COM, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-00527 CW<br><br>AMENDED ORDER RELATING CASES AND CASE MANAGEMENT ORDER |
| CYNTHIA MCCRARY<br><br>    Plaintiff,<br><br>  v.<br><br>MYLIFE.COM, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-2353 CW |
| CODY BROCK<br><br>    Plaintiff,<br><br>  v.<br><br>MYLIFE.COM, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 11-3073 MEJ |

    Plaintiff John Clerkin moves to relate <u>Cody Brock v. MyLife.com Inc, et al.</u>, Case No. C 11-3073 MEJ, to this case.  No party has filed an opposition.

    As the Judge assigned to the earliest filed case, I find that the C 11-3073 action is related to the case assigned to me, and that this action shall be reassigned to me.  The parties are

instructed that all future filings in the reassigned case are to bear the undersigned's initials immediately after the case number. A further case management conference will be held on Thursday, June 14, 2012 at 2:00 p.m.

The Court sets the following case management dates:

Last day to complete initial disclosures: **8/12/2011**

ADR process: **Private Mediation**

ADR deadline: **10/28/11**

Deadline to add additional parties or claims: **8/12/2011**

Date of next case management conference: **6/14/12**

Completion of Fact Discovery: **not set**

Disclosure of identities and reports of expert witnesses: **not set**

Rebuttal: **not set**

Completion of Expert Discovery: **not set**

All case-dispositive motions to be heard at 2:00 P.M. on or before: **6/14/12**

Final Pretrial Conference at 2:00 P.M. on: **not set**

A   day   Trial will begin at 8:30 A.M. on: **not set**

Dated: 8/1/2011

CLAUDIA WILKEN
United States District Judge