IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLERKIN and VERONICA MENDEZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MYLIFE.COM, INC. and OAK INVESTMENT PARTNERS,<br><br>      Defendants.             / | No. C 11-00527 CW<br><br>ORDER REGARDING BRIEFING ON DEFENDANTS' MOTIONS |
| CYNTHIA MCCRARY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MYLIFE.COM, INC.,<br><br>      Defendant.             / | No. C 11-02353 CW |
| CODY BROCK, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MYLIFE.COM, INC.,<br><br>      Defendant.             / | No. C 11-03073 CW |

    Defendants MyLife.com, Inc.; and Oak Investment Partners have filed three motions: a Rule 12(b)(6) Motion to Dismiss by Oak Investment Partners; a Rule 12(b)(6) Motion to Dismiss by MyLife.com and Oak Investment Partners; and a Rule 12(f) Motion to

Strike by MyLife.com and Oak Investment Partners.[1]  These motions are set for hearing on September 1, 2011 at 2:00 p.m.

    Plaintiffs John Clerkin, Veronica Mendez, Cynthia McCrary and Cody Brock's responses, due August 11, 2011, shall be contained in a single brief not to exceed thirty-five pages.  Defendants' replies, due August 18, 2011, shall be contained in a single brief not to exceed twenty pages.

    IT IS SO ORDERED.

Dated: August 2, 2011

CLAUDIA WILKEN
United States District Judge

---

[1] Defendants filed these motions only in the 11-0527 action. However, the motions appear to be directed at McCrary's and Brock's claims, which are at issue in the 11-2353 and 11-3073 actions respectively.

2