**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
          swestcot@bursor.com

**KIRTLAND & PACKARD LLP**
Behram V. Parekh (State Bar No. 180361)
Heather M. Peterson (State Bar No. 261303)
2361 Rosecrans Avenue, Fourth Floor
El Segundo, CA 90245
Telephone:  (310) 426-1000
Facsimile:  (310) 536-1001
E-Mail:   bvp@kirtlandpackard.com
          hmp@kirtlandpackard.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN CLERKIN, VERONICA MENDEZ, CODY BROCK, and CYNTHIA MCCRARY individually and on behalf of all others similarly situated,<br><br>                                     Plaintiffs,<br><br>     v.<br><br>MYLIFE.COM INC., JEFFREY TINSLEY, RACHEL GLASER, W. DWIGHT GORALL, ARMEN AVEDISSIAN, MICHAEL SOH, SHARYN ELES, and OAK INVESTMENT PARTNERS<br><br>                                     Defendants. | Case No. 4:11-CV-00527 CW<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3 |

The Court, having considered all papers filed in support of and in opposition to, Plaintiffs' Motion to Enlarge Time Pursuant to Civil Local Rule 6-3, good cause appearing, hereby orders as follows:

1. The current deadline for filing Plaintiffs' motion for class certification is hereby extended by 90 days.

2. Plaintiffs' motion for class certification and supporting papers shall be filed and served on or before April 11, 2012.

3. Defendants' opposition to Plaintiffs' class certification motion shall be filed and served on or before June 10, 2012.

4. Plaintiffs' reply in support of its motion for summary judgment shall be filed and served on or before August 9, 2012.

5. A hearing on Plaintiffs' class certification will be held on September 13, 2012.

Dated: _____1/5/2012_____         _____
                                              Hon. Claudia Wilken
                                           United States District Judge