United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN CLERKIN,                                    No. C 11-00527 CW

      Plaintiff,                           ORDER OF
                                                 REFERENCE TO
   v.                                           MAGISTRATE JUDGE

MYLIFE.COM, INC.,

      Defendant.
_____/

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the
motion to compel further responses to requests for production of
documents and **all further discovery motions** filed in the above-
captioned case are referred to a Magistrate Judge.  The hearing
noticed for Thursday, February 23, 2012, is vacated.  Counsel
will be advised of the date, time and place of appearance by
notice from the assigned Magistrate Judge.

Dated: 1/12/2012                        _____
                                        CLAUDIA WILKEN
                                        United States District Judge

cc:  MagRef; Assigned M/J w/mo.