UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CLERKIN and others,<br><br>                Plaintiffs,<br><br>   v.<br><br>MYLIFE.COM INC. and others,<br><br>                Defendants. | Case No. 11-cv-00527 CW (NC)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 95 |

    Plaintiffs' motion to compel further responses to its requests for production of documents currently is pending before this Court. *See* Dkt. No. 99. By January 24, 2012, Defendants may file an opposition to the motion. Plaintiffs may file a reply by January 31, 2012. After briefing on the motions is complete, the Court may set a date for a hearing on the motions if such a hearing is necessary.

    IT IS SO ORDERED.

DATED: January 12, 2012

                                                  NATHANAEL M. COUSINS
                                                  United States Magistrate Judge