# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CLERKIN and others,<br><br>     Plaintiffs,<br><br>v.<br><br>MYLIFE.COM INC. and others,<br><br>     Defendants. | Case No. 11-cv-00527 CW (NC)<br><br>**ORDER RE: ORAL ARGUMENT**<br><br>Re: Dkt. No. 95 |

  Plaintiffs' motion to compel further responses to its requests for production of documents currently is pending before this Court. *See* Dkt. Nos. 95, 99. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b).

  IT IS SO ORDERED.

DATED: February 1, 2012

                        _____
                        NATHANAEL M. COUSINS
                        United States Magistrate Judge