IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLERKIN; and VERONICA MENDEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MYLIFE.COM INC.,<br><br>    Defendant.<br>_____/ | No. C 11-527 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION<br>(Docket No. 112) |

    The Court, having considered all papers filed in support of, and in opposition to, Plaintiffs' motion for an extension of time to file their motion for class certification, and good cause appearing, hereby ORDERS as follows:

    1.    The current deadline for filing Plaintiffs' motion for class certification is hereby extended by 60 days.

    2.    Plaintiffs' motion for class certification and supporting papers shall be filed and served on or before June 11, 2012.

    3.    Defendant's opposition to Plaintiffs' class certification motion and its cross-motion for summary judgment, contained in a single brief, shall be filed and served on or before August 13, 2012.

    4.    Plaintiffs' reply in support of its motion for class certification and response to Defendant's motion for summary judgment, contained in a single brief, shall be filed and served on or before October 15, 2012.

5.  Defendant's reply in support of its motion for summary judgment shall be filed and served on or before October 22, 2012.

6.  The case management conference and hearings on Plaintiffs' motion for class certification and Defendant's motion for summary judgment currently set for June 14, 2012 and September 13, 2012 are vacated.  Hearings on both motions and a further case management conference shall be held on November 15, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 3/14/2012

CLAUDIA WILKEN
United States District Judge

2