IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN CLERKIN; and VERONICA MENDEZ, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

MYLIFE.COM INC.,

    Defendant.

_____/

No. C 11-527 CW

ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

    Defendant MyLife.com, Inc. seeks relief from the March 26, 2012 deadline set by the magistrate judge for it to produce certain documents and materials based on the voluminous nature of the production.

    At the time of the magistrate judge's order on March 12, 2012, the deadline for Plaintiffs to file their motion for class certification was April 11, 2012.  Subsequently, on March 14, 2012, this Court extended the deadline for Plaintiffs to file their motion for class certification by sixty days, or until June 11, 2012.

    Prior to seeking relief from this Court, Defendant did not request that the magistrate judge modify the deadline in light of the changed deadlines.  Accordingly, the Court DENIES Defendant's motion for relief without prejudice to Defendant first raising its request before the magistrate judge.

    IT IS SO ORDERED.

Dated: 3/28/2012


CLAUDIA WILKEN
United States District Judge