IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CLERKIN; and VERONICA MENDEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MYLIFE.COM INC.,<br><br>    Defendant.<br>_____/ | No. C 11-527 CW<br><br>ORDER GRANTING MOTION TO WITHDRAW (Docket No. 110) |

    Kirtland & Packard LLP (Kirtland) move to withdraw as interim co-class counsel in this action.  Having reviewed the terms of the confidential settlement agreement between former Plaintiffs Cody Brock and Cynthia McCrary and Defendant MyLife.com, Inc. and finding no evidence suggesting that the settlement was tainted by collusion, the Court GRANTS Kirtland's motion to withdraw (Docket No. 110) and APPOINTS Bursor & Fisher, P.A. as sole interim class counsel.

    IT IS SO ORDERED.

Dated: 4/2/2012

                              CLAUDIA WILKEN
                              United States District Judge