LATHROP & GAGE LLP
John Shaeffer (Bar No. 138331)
jshaeffer@lathropgage.com
Carole Handler (Bar No. 129381)
chandler@lathropgage.com
Randy Merritt (Bar No. 187046)
rmerritt@lathropgage.com
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Attorneys for Defendants
MYLIFE.COM INC.

LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
lawofcsrjp@aol.com
1644 North Orange Grove Avenue
Los Angeles, CA 90046
Telephone: (323) 882-8225
Fax: (323) 882-8208

Co-Counsel for Defendant
MYLIFE.COM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOHN CLERKIN, VERONICA MENDEZ, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>v.<br><br>MYLIFE.COM INC.,<br><br>              Defendant. | Case No. 4:11-CV-00527-CW [consolidated with Case No. 11-2353 and Case No. 11-3073]<br><br>**[PROPOSED] ORDER RE STIPULATION FOR A REVISION TO DOCUMENT PRODUCTION SCHEDULE AND SETTING FORTH CLASS CERTIFICTION BRIEFING SCHEDULE PURSUANT TO THE COURT'S MAY 4, 2012 ORDER** |

**[PROSED] ORDER**

In light of the parties' Stipulation for a Revision to Document Production Schedule and Setting Forth Class Certification Briefing Schedule Pursuant to the Court's May 4, 2012 Order, the March 12, 2012 Order issued by Magistrate Judge Nathanael Cousins is revised as follows:

1. MyLife will continue to process the remaining documents for digital production, and will provide Plaintiffs with new documents on a weekly basis as they become available. MyLife's weekly production will take place on a weekly basis beginning with Friday, May 11, 2012 and shall continue until completed or June 29, 2012, whichever comes first.

2. MyLife retains its right to request from Plaintiffs and the Court an extension of the anticipated June 29 completion date.

3. Plaintiffs' motion for class certification and supporting papers shall be filed and served on or before September 28, 2012.

4. Defendant's opposition to Plaintiffs' class certification motion and its cross-motion for summary judgment, contained in a single brief, shall be filed and served on or before November 9, 2012.

5. Plaintiffs' reply in support of its motion for class certification and response to Defendant's motion for summary judgment, contained in a single brief, shall be filed and served on or before December 14, 2012.

6. Defendant's reply in support of its motion for summary judgment shall be filed and served on or before December 28, 2012.

7. A hearing on Plaintiffs' motion for class certification and further case management conference shall be held on Thursday, January 17, 2013, at 2:00 p.m.

8. Subject to Court approval, Plaintiffs reserve their right to modify the class certification briefing schedule should Defendant's production be delayed beyond the anticipated completion date.

**IT IS SO ORDERED.**

DATED: May  8 , 2012

_____
Claudia Wilken
United States District Judge