BURSOR & FISHER, P.A.
L. Timothy Fisher (CA Bar. No. 191626)
Sarah Westcot (CA Bar. No. 264916)
1990 North California Blvd. Suite 940
Walnut Creek, CA 94596
Telephone : (925) 300-4455

Attorneys for Settling Plaintiffs
JOHN CLERKIN and VERONICA MENDEZ

LATHROP & GAGE LLP
Carole E. Handler (Bar No. 129381)
chandler@lathropgage.com
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Attorneys for Defendant
MYLIFE.COM, INC.

LAW OFFICES OF RONALD JASON PALMIERI, P.C.
Ronald Jason Palmieri (CA Bar No. 96953)
lawofcsrjp@aol.com
1644 North Orange Grove Avenue
Los Angeles, CA 90046
Telephone:    (323) 882-8225
Fax:    (323) 882-8208

Co-Counsel for Defendant
MYLIFE.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOHN CLERKIN and VERONICA MENDEZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>   v.<br><br>MYLIFE.COM INC.,<br><br>            Defendant. | Case No. 4:11-CV-00527-CW<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS JOHN CLERKIN AND VERONICA MENDEZ PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

Plaintiffs John Clerkin and Veronica Mendez (respectively, "Clerkin" and "Mendez") and Defendant MyLife.com, Inc. ("MyLife"), through their respective counsel of record, hereby stipulate to this dismissal, with prejudice, of all claims for relief asserted by Clerkin and Mendez against MyLife in the above-captioned action. Each party shall bear its own costs and fees. These being the only parties to the above referenced action, the entire action can be dismissed at this time by the clerk of the Court.

IT IS SO STIPULATED

DATED: November 14, 2012

BURSOR & FISHER, P.A.

By: _____
L. TIMOTHY FISHER

Attorneys for Settling Plaintiffs
JOHN CLERKIN and VERONICA MENDEZ

DATED: November 14, 2012

LATHROP & GAGE LLP

By: _____
CAROLE E. HANDLER

Attorneys for Defendant
MYLIFE.COM, INC.

DATED: November 14, 2012

LAW OFFICES OF RONALD J. PALMIERI

By: _____
RONALD J. PALMIERI

Co-counsel for Defendant
MYLIFE.COM, INC.